# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | |
| v. | ) | Case ID No.: |
| | ) | |
| DIAMONTE TAYLOR, | ) | 1605012921A & B |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW TO WIT**, this 15th day of March 2024, this Court's Memorandum Opinion dated November 28, 2023, DENYING Defendant's Motion to Suppress is **VACATED**.

**IT IS SO ORDERED.**

/s/ Vivian L. Medinilla
Vivian L. Medinilla
Judge


oc: Prothonotary
cc: John S. Taylor, Deputy Attorney General
William Leonard, Deputy Attorney General
Benjamin Gifford, Esquire
John Barber, Esquire